UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENARD T POLK,<br><br>　　　　　　Plaintiff,<br>　v.<br>NEVADA PRISON COMMISSIONERS,<br>et al.,<br><br>　　　　　　Defendants. | Case No.  3:21-cv-00092-MMD-CLB<br><br>ORDER |

**I.   DISCUSSION**

On August 20, 2021, Plaintiff filed an updated address, indicating that he is no longer incarcerated. (ECF No. 4.)  As such, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402 within thirty (30) days from the date of this order. If Plaintiff does not file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402 within thirty (30) days from the date of this order, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

1

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 20th day of December 2021.

_____
UNITED STATES MAGISTRATE JUDGE