UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENARD T. POLK,<br><br>                       Plaintiff<br><br>v.<br><br>NEVADA BOARD OF PRISON COMMISSIONERS, *et al.*,<br><br>                       Defendants | Case No. 3:21-cv-00092-ART-CLB<br><br>ORDER |

On April 12, 2022, the Court issued a screening order and granted Plaintiff until May 12, 2022, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 9 at 9-10). Plaintiff has moved for an extension of time to June 27, 2022, to file his amended complaint, citing the need to hire an attorney to represent him in this matter. (ECF No. 12).

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before Monday, June 27, 2022. If Plaintiff chooses not to file an amended complaint, the Court will recommend dismissal without prejudice. (ECF No. 9 at 9-10).

For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 12) is granted. Plaintiff will file his amended complaint on or before Monday, June 27, 2022.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action may be dismissed without prejudice.

DATED THIS 16th day of May 2022.

_____
UNITED STATES MAGISTRATE JUDGE